savings and loan association do not directly receive any commission nor does the savings and loan association itself. The service corporation is a legitimate corporate entity. The same reasoning applies to rebates, there being no evidence that people who finance their homes through the parent savings and loan association receive preferential rates over other buyers, or that the savings and loan association was directly given any kickbacks on sales of insurance.

The judgment is affirmed.

Affirmed.

SMITH, P. J., and TRAPP, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT E. DANIELS, Defendant-Appellant.

(No. 57769; ▮)

First District (1st Division)—November 5, 1973.

Opinion by Mr. JUSTICE HALLETT.

James J. Doherty, Public Defender, of Chicago, (Shelvin Singer and Sheila Murphy Racey, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Roger L. Horwitz, and Daniel F. Murray, Assistant State's Attorneys, of counsel,) for the People.